

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-19-00829-CR

Jesus **MONSIVAIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1685
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The State's Second Motion to Extend Time to file Brief is hereby GRANTED. Time is extended until September 30, 2020. No further extensions absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court